UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JASON G. KUSTRA, | ) |
| *Plaintiff*, | ) Case No.: 2:19-cv-94 |
| v. | ) Judge Curtis L. Collier |
| THE STATE OF FLORIDA DEPARTMENT OF REVENUE CHILD SUPPORT ENFORCEMENT, | ) |
| *Defendant*. | ) |

## JUDGMENT ORDER

On November 21, 2019, United States Magistrate Judge Cynthia R. Wyrick issued a report and recommendation ("R&R"), recommending Plaintiff's complaint be dismissed without prejudice due to lack of subject matter jurisdiction. (Doc. 5.) Neither party has objected to the R&R within the given fourteen days.

After reviewing the record, the Court agrees with the R&R. The Court thus **ACCEPTS** and **ADOPTS** the Magistrate Judge's findings of fact, conclusions of law, and recommendations.

Accordingly, it is **ORDERED** that Plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. There being no further issues before the Court, the Clerk is **DIRECTED** to **CLOSE** the matter.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ *John L. Medearis*
   CLERK OF COURT